UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISRAEL BUSTAMONTE,<br><br>    Plaintiff,<br><br>v.<br><br>T. CASTILLON, et al.,<br><br>    Defendants. | Case No. 22-cv-04725-VKD<br><br>**ORDER RESOLVING DISCOVERY MOTION**<br><br>Re: Dkt. No. 65 |

On August 21, 2024, the Court ordered defendants Castillon, Ssempebwa, and Muriithi to serve a copy of their latest discovery motion on Mr. Bustamonte and denied their motion for stay. Dkt. No. 66. Defendants were directed to file a notice of compliance, which they did on August 23, 2024. Dkt. No. 67.

The Court ordered Mr. Bustamonte to respond to defendants' motion and produce the two letters they sought no later than September 6, 2024. Dkt. No. 66 at 2. The Court cautioned Mr. Bustamonte that if he failed to produce the letters, he would not be able to rely on them to oppose a motion for summary judgment or in support of his own motion for summary judgment. *Id.*

The deadline has passed, and Mr. Bustamonte had filed no response to defendants' discovery motion. Accordingly, if Mr. Bustamonte has not produced the two letters to defendants, he may not use them or their contents as evidence. Fed. R. Civ. P. 37(c)(1).

This order terminates Docket No. 65.

**IT IS SO ORDERED.**

Dated: September 16, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge